# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK D. KEYSER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT SMITH, THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : | NO. 17-4022 |

## ORDER

**NOW**, this 23rd day of October, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the response to the Petition for Writ of *Habeas Corpus,* the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document No. 15), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lloret is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE